638

Peoples National Bank, appellant, v. Ellen Payne et al., appellees. Gen. No. 8,570.

Opinion filed May 3, 1933.
Charles E. Lauder and Frederick H. Lauder, for appellant. Safford & Soule, for certain appellee.
Mr. Justice Baldwin delivered the opinion of the court.

The People of the State of Illinois ex rel. Oscar Nelson, Auditor of Public Accounts, complainant, v. Lombard State Bank et al., defendants.
Appeal of Village of Lombard, appellant, v. Thomas C. Hull, receiver of Lombard State Bank, appellee. Gen. No. 8,613.

Opinion filed May 3, 1933.
John E. McCoy, for appellant; Richard T. Tobin, of counsel. Charles W. Hadley, for appellee; John S. Woodward, of counsel.
Mr. Justice Baldwin delivered the opinion of the court.

The First National Bank of Braidwood, appellant, v. The Highway Commissioner of Rockville, appellee. Gen. No. 8,624.

Opinion filed May 3, 1933. Rehearing denied June 21, 1933.
A. L. and C. M. Granger, for appellant. Hunter & Minor, for appellee.
Mr. Justice Baldwin delivered the opinion of the court.

Charles A. Fifield, appellee, v. Curtiss Candy Company, appellant. Gen. No. 8,638.

Opinion filed May 3, 1933. Rehearing denied May 22, 1933.
Jerry A. Harn and Irwin N. Walker, for appellant; Stuart B. Krohn, of counsel. L. Fred O'Brien, for appellee.
Mr. Justice Baldwin delivered the opinion of the court.